1  LATHAM & WATKINS LLP
    Ernest J. Hahn (Bar No. 237014)
2      ernie.hahn@lw.com
   633 West Fifth Street, Suite 4000
3  Los Angeles, California 90071-2007
   Telephone: +1.213.485.1234
4  Facsimile: +1.213.891.8763

5  Attorneys for Defendant
   HUBBELL INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKEL AMERICAN INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>PACIFIC ASIAN ENTERPRISES, INC., a California corporation; LEVITON MANUFACTURING CO., INC., a Delaware corporation; HUBBELL INCORPORATED, a Connecticut corporation; and DOES 1-100, inclusive,<br><br>    Defendants. | CASE NO. CV 07-05749 EDL<br><br>**CERTIFICATION OF INTERESTED ENTITIES AND PERSONS**<br><br>[Local Rule 3-16] |

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: December 13, 2007

Respectfully submitted,

LATHAM & WATKINS LLP
 Ernest J. Hahn


By /s/ Ernest J. Hahn
 Ernest J. Hahn
 Attorneys for Defendant
 HUBBELL INCORPORATED