| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 |    Ernest J. Hahn (Bar No. 237014)<br>     ernie.hahn@lw.com<br>633 West Fifth Street, Suite 4000 |
| 3 | Los Angeles, California  90071-2007<br>Telephone: +1.213.485.1234 |
| 4 | Facsimile:  +1.213.891.8763 |
| 5 | Attorneys for Defendant<br>HUBBELL INCORPORATED |
| 6 | |
| 7 | |
| 8 | UNITED STATES DISTRICT COURT |
| 9 | NORTHERN DISTRICT OF CALIFORNIA |
| 10 | |

| | |
|---|---|
| MARKEL AMERICAN INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>    v.<br><br>PACIFIC ASIAN ENTERPRISES, INC., a California corporation; LEVITON MANUFACTURING CO., INC., a Delaware corporation; HUBBELL INCORPORATED, a Connecticut corporation; and DOES 1-100, inclusive,<br><br>            Defendants. | CASE NO. CV 07-05749 EDL<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>[Local Rule 6-1] |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LA\1804581.1

STIPULATION EXTENDING TIME
TO RESPOND TO COMPLAINT

## STIPULATION

Plaintiff Markel American Insurance Company and defendant Hubbell Incorporated, by and through their undersigned counsel, hereby agree and stipulate pursuant to Local Rule 6-1 to extend the time within which to answer or otherwise respond to the Complaint in this matter to January 18, 2008.

Dated: December 12, 2007

Respectfully submitted,

TARKINGTON, O'NEILL, BARRACK & CHONG
Thomas C. Burch
Norman L. Chong

By _____
Thomas C. Burch
Attorneys for Plaintiff
MARKEL AMERICAN INSURANCE COMPANY

Dated: December 12, 2007

LATHAM & WATKINS LLP
Ernest J. Hahn

By _____
Ernest J. Hahn
Attorneys for Defendant
HUBBELL INCORPORATED