UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARKEL AMERICAN INSURANCE COMPANY,

       Plaintiff,

    v.

PACIFIC ASIAN ENTERPRISES, INC., et al.,

       Defendants.
_____/

No. 07-05749 EDL

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Initial Case Management Conference scheduled for February 19, 2008 at 3:00 p.m. has been **reset to February 26, 2008 at 10:00 a.m.** before Magistrate Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco. The parties shall file a joint case management statement no later than February 19, 2008.

Dated:  December 18, 2007

                            FOR THE COURT,
                            Richard W. Wieking, Clerk

by: _____
      Lili M. Harrell
      Courtroom Deputy