1 | Thomas C. Burch, Esq. (STATE BAR NO. 99163)
Email: tcburch@to2law.com
2 | Norman L. Chong, Esq.  (STATE BAR NO. 111439)
Email: nchong@to2law.com
3 | TARKINGTON, O'NEILL, BARRACK & CHONG
A Professional Corporation
4 | 601 Van Ness Avenue, Suite 2018
San Francisco, CA   94102
5 | Telephone:    (415) 777-5501
Facsimile:    (415) 546-4962

Attorneys for Plaintiff
MARKEL AMERICA INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKEL AMERICAN INSURANCE COMPANY,<br><br>             Plaintiff,<br><br>vs.<br><br>PACIFIC ASIAN ENTERPRISES, INC.; a California corporation; LEVITON MANUFACTURING CO., INC., a Delaware corporation; HUBBELL INCORPORATED, a Connecticut corporation; and, DOES 1 - 100, inclusive,<br><br>             Defendants | Case No.    C 07-05749 EDL<br><br>PROOF OF SERVICE OF SUMMONS FOR PACIFIC ASIAN ENTERPRISES, INC. |

Law Offices
**TARKINGTON, O'NEILL, BARRACK & CHONG**
A Professional Corporation
100 STONY POINT ROAD, SUITE 270
SANTA ROSA, CA 95401
Telephone: (707)576-1380
Facsimile: (707)544-3144

{2148}POS Pacific Asian.wpd                                                                                       Case No C07-05749 EDL
PROOF OF SERVICE OF SUMMONS FOR PACIFIC ASIAN ENTERPRISES, INC.

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): <br> Thomas C. Burch, 99163 <br> TARKINGTON, O'NEILL, ETAL <br> 601 Van Ness Avenue #2018 <br> San Francisco, CA 94102 <br> TELEPHONE NO.: (707) 576-1380 <br> ATTORNEY FOR (Name): Plaintiff | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF <br> United States District Court <br> 450 Golden Gate Avenue <br> San Francisco, CA 94102-3483 | |
| PLAINTIFF/PETITIONER: Markel | CASE NUMBER: <br> CV075749EDL |
| DEFENDANT/RESPONDENT: Pacific Asian Enterprises | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: <br> LAT04-22503 |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons in a Civil Case (Pacific Asian), Civil Case Cover Sheet, Complaint, ECF Registration Handout, Judge Standing Order (2004), Magistrate Consent, Magistrate Declination, Magistrate Notice of Assignment EDL, Notice of Filing Procedures, Order Setting CMC and Deadlines, Standing Order CMC, Standing Order CMC (2001), Standing Order EDL (2005)

3. a. Party served: Pacific Asian Enterprises, Inc.

   b. Person Served: DANLL STREECH - Person authorized to accept service of process BY FAX

4. Address where the party was served: 34179 Golden Lantern #101
   Dana Point, CA 92629

5. I served the party
   b. by substituted service. On (date): November 29, 2007   at (time): 4:00 pm   I left the documents listed in item 2 with or in the presence of: Pauline Nieve
      (1) **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:
   Pacific Asian Enterprises, Inc.
      under:    CCP 416.10 (corporation)

7. **Person who served papers**
   a. Name:        Edward Kusinsky
   b. Address:     One Legal, Inc. - 132-Marin
                   504 Redwood Blvd #223
                   Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 81.00
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.: 1826
         (iii) County ORANGE

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: December 5, 2007

Edward Kusinsky                                                         *Edward Kusinsky*
(NAME OF PERSON WHO SERVED PAPERS)                                     (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. July 1, 2004]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6652364

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):* | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Thomas C. Burch, 99163<br>TARKINGTON, O'NEILL, ETAL<br>601 Van Ness Avenue #2018<br>San Francisco, CA 94102 | (707) 576-1380 | |
| ATTORNEY FOR *(Name):* Plaintiff | Ref. No. or File No.<br>LAT04-22503 | |
| Insert name of court, judicial district or branch court, if any:<br>United States District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3483 | | |
| PLAINTIFF:<br>Markel | | |
| DEFENDANT:<br>Pacific Asian Enterprises | | |
| **PROOF OF SERVICE BY MAIL** | | CASE NUMBER:<br>CV075749EDL |

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 504 Redwood Blvd #223, Novato, CA 94947.

On , after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

Summons in a Civil Case (Pacific Asian), Civil Case Cover Sheet, Complaint, ECF Registration Handout, Judge's Standing Order (2004), Magistrate Consent, Magistrate Declination, Magistrate Notice of Assignment EDL, Notice of Filing Procedures, Order Setting CMC and Deadlines, Standing Order CMC, Standing Order CMC (2001), Standing Order EDL (2005)

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles, California, addressed as follows:

Pacific Asian Enterprises, Inc.
DANLL STREECH
34179 Golden Lantern, #101
Dana Point, CA 92629



I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

$ 81.00

Solomon Rodriguez
One Legal, Inc.
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on December 5, 2007 at Los Angeles, California.

Solomon Rodriguez

FF# 6652364