1  Thomas C. Burch, Esq. (STATE BAR NO. 99163)
   Email: tcburch@to2law.com
2  Norman L. Chong, Esq.  (STATE BAR NO. 111439)
   Email: nchong@to2law.com
3  TARKINGTON, O'NEILL, BARRACK & CHONG
   A Professional Corporation
4  601 Van Ness Avenue, Suite 2018
   San Francisco, CA   94102
5  Telephone:    (415) 777-5501
   Facsimile:    (415) 546-4962
6
7  Attorneys for Plaintiff
   MARKEL AMERICA INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MARKEL AMERICAN INSURANCE COMPANY, | Case No.    C 07-05749 EDL |
|---|---|
| Plaintiff, | PROOF OF SERVICE OF SUMMONS FOR LEVITON MANUFACTURING CO., INC. |
| vs. | |
| PACIFIC ASIAN ENTERPRISES, INC.; a California corporation; LEVITON MANUFACTURING CO., INC., a Delaware corporation; HUBBELL INCORPORATED, a Connecticut corporation; and, DOES 1 - 100, inclusive, | |
| Defendants | |

Law Offices
**TARKINGTON, O'NEILL, BARRACK & CHONG**
A Professional Corporation
100 STONY POINT ROAD, SUITE 270
SANTA ROSA, CA 95401
Telephone: (707)576-1380
Facsimile: (707)544-3144

{2148}POS Leviton.wpd                                                                 Case No C07-05749 EDL
PROOF OF SERVICE OF SUMMONS FOR LEVITON MANUFACTURING CO., INC.

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Thomas C. Burch, 99163<br>TARKINGTON, O'NEILL, ETAL<br>601 Van Ness Avenue #2018<br>San Francisco, CA  94102<br>TELEPHONE NO.: (707) 576-1380<br>ATTORNEY FOR *(Name)*: Plaintiff | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court<br>450 Golden Gate Avenue<br>San Francisco, CA  94102-3483 | |

| PLAINTIFF/PETITIONER: Markel | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Pacific Asian Enterprises | CV075749EDL |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>LAT04-22503 |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons in a Civil Case (Leviton), Civil Case Cover Sheet, Complaint, ECF Registration Handout, Judge's Standing Order (2004), Magistrate Consent, Magistrate Declination, Magistrate Notice of Assignment EDL, Notice of Filing Procedures, Order Setting CMC and Deadlines, Standing Order CMC, Standing Order CMC (2001), Standing Order EDL (2005)

3. a. Party served: Leviton Manufacturing Co., Inc., a Delaware Corporation    **BY FAX**

   b. Person Served: CT Corporation-Margaret Wilson - Person authorized to accept service of process

4. Address where the party was served: 818 West Seventh Street
   Los Angeles, CA  90017

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or *(date)*: November 28, 2007    (2) at *(time)*:  3:15 pm

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:

   Leviton Manufacturing Co., Inc., a Delaware Corporation

   under:    CCP 416.10 (corporation)

7. **Person who served papers**
   a. Name:            Jimmy Lizama
   b. Address:         One Legal, Inc. - 132-Marin
                       504 Redwood Blvd #223
                       Novato, CA  94947
   c. Telephone number: 415-491-0606
   d. The fee for service was:  $ 14.95
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No. 4553
         (iii) County LOS ANGELES

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: November 30, 2007

Jimmy Lizama
(NAME OF PERSON WHO SERVED PAPERS)                        (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6652362