1  Thomas C. Burch, Esq. (STATE BAR NO. 99163)
   Email: tcburch@to2law.com
2  Norman L. Chong, Esq. (STATE BAR NO. 111439)
   Email: nchong@to2law.com
3  TARKINGTON, O'NEILL, BARRACK & CHONG
   A Professional Corporation
4  601 Van Ness Avenue, Suite 2018
   San Francisco, CA  94102
5  Telephone:    (415) 777-5501
   Facsimile:    (415) 546-4962
6
   Attorneys for Plaintiff
7  MARKEL AMERICA INSURANCE COMPANY

8

9

10

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13

14 MARKEL AMERICAN INSURANCE            Case No.    C 07-05749 EDL
   COMPANY,
15                                      PROOF OF SERVICE OF SUMMONS
              Plaintiff,                FOR HUBBELL INCORPORATED
16
   vs.
17
   PACIFIC ASIAN ENTERPRISES, INC.; a
18 California corporation; LEVITON
   MANUFACTURING CO., INC., a Delaware
19 corporation; HUBBELL INCORPORATED, a
   Connecticut corporation; and, DOES 1 - 100,
20 inclusive,

21            Defendants
                                                  /
22

23

24

25

26

27

28

Law Offices
**TARKINGTON, O'NEILL, BARRACK & CHONG**
A Professional Corporation
100 STONY POINT ROAD, SUITE 270
SANTA ROSA, CA 95401
Telephone: (707)576-1380
Facsimile: (707)544-3144

{2148}POS Hubbell.wpd                                    Case No C07-05749 EDL
PROOF OF SERVICE OF SUMMONS FOR HUBBELL INCORPORATED

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Thomas C. Burch, 99163<br>TARKINGTON, O'NEILL, ETAL<br>601 Van Ness Avenue #2018<br>San Francisco, CA 94102<br>TELEPHONE NO.: 415-777-5501<br>ATTORNEY FOR (Name): Plaintiff | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF |
|---|
| United States District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3483 |

| PLAINTIFF/PETITIONER: Markel American Insurance Company | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Pacific Asian Enterprises, Inc., et al. | CV075749EDL |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>LAT04-22503 |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons in a Civil Case (Hubbell), Civil Case Cover Sheet, Complaint, ECF Registration Handout, Judge's Standing Order (2004), Magistrate Consent, Magistrate Declination, Magistrate Notice of Assignment EDL, Notice of Filing Procedures, Order Setting CMC and Deadlines, Standing Order CMC, Standing Order CMC (2001), Standing ORder EDL (2005)

3. a. Party served: Hubbell Incorporated, a Connecticut Corporation

   b. Person Served: Becky DeGeorge @ CSC - Person authorized to accept service of process

4. Address where the party was served: 2730 Gateway Oaks Drive 100
   Sacramento, CA 95852

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): November 29, 2007  (2) at (time): 1:47 pm

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   c. on behalf of:

   Hubbell Incorporated, a Connecticut Corporation

   under:   CCP 416.10 (corporation)

7. **Person who served papers**
   a. Name:  Tyler Dimaria
   b. Address:  One Legal, Inc. - 132-Marin
      504 Redwood Blvd #223
      Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 30.00
   e. I am:
      (3) registered California process server.
          (i) Employee or independent contractor.
          (ii) Registration No. 2006-06
          (iii) County SACRAMENTO

**BY FAX**

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: December 13, 2007

Tyler Dimaria
(NAME OF PERSON WHO SERVED PAPERS)                    (SIGNATURE)

Form Adopted for Mandatory Use<br>Judicial Council of California POS-010<br>[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6652360