UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKEL AMERICAN INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC ASIAN ENTERPRISES, INC., a California corporation; LEVITON MANUFACTURING CO., INC., a Delaware corporation; HUBBELL INCORPORATED, a Connecticut corporation; and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO. CV07-05749 EDL<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT HUBBELL INCORPORATED'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT** |

The Matter came before the Court on _____, 2008 for a hearing on the Motion of Defendant Hubbell Incorporated to Dismiss, Or, In the Alternative, For a More Definite Statement.

The Court, having considered the Motion, the parties' memoranda, the arguments of counsel, and all other argument and evidence submitted, **HEREBY ORDERS** that the Motion of Hubbell Incorporated to Dismiss, Or, In the Alternative, For a More Definite Statement is **GRANTED.**

**IT IS SO ORDERED.**

Dated: _____, 2008            By: _____

Honorable Elizabeth D. Laporte

United States Magistrate Judge

LA\1815835.3