LATHAM & WATKINS LLP
　Ernest J. Hahn (Bar No. 237014)
　　ernie.hahn@lw.com
　Yasmin N. Best (Bar No. 235959)
　　yasmin.best@lw.com
633 West Fifth Street, Suite 4000
Los Angeles, California  90071-2007
Telephone:  (213) 485-1234
Facsimile:  (213) 891-8763

Attorneys for Defendant
Hubbell Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKEL AMERICAN INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PACIFIC ASIAN ENTERPRISES, INC., a California corporation; LEVITON MANUFACTURING CO., INC., a Delaware corporation; HUBBELL INCORPORATED, a Connecticut corporation; and DOES 1-100, inclusive,<br><br>　　　　　Defendants. | CASE NO. CV07-05749 EDL<br><br>**CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE** |

## **CONSENT TO PROCEED**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeal for the Ninth Circuit.

Dated: February 4, 2008

Respectfully submitted,

LATHAM & WATKINS LLP
Ernest J. Hahn
Yasmin N. Best

By  /s/ Ernest J. Hahn
Ernest J. Hahn
Attorneys for Defendant
HUBBELL INCORPORATED