G. GEOFFREY ROBB (131515)
JOSHUA A. SOUTHWICK (246296)
GIBSON ROBB & LINDH LLP
100 First Street, 27th Floor
San Francisco, California 94105
Telephone: (415) 348-6000
Facsimile: (415) 348-6001

Attorneys for Defendant
PACIFIC ASIAN ENTERPRISES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKEL AMERICAN INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC ASIAN ENTERPRISES, INC., a California corporation; LEVITON MANUFATURING CO., INC., a Delaware corporation; HUBBELL INCORPORATED, a Connecticut corporation; and DOES 1 - 100, inclusive<br><br>Defendants. | Case No. 07-CV-5749 EDL<br><br>**[PROPOSED] ORDER GRANTING PACIFIC ASIAN ENTERPRISE'S MOTION TO DISMISS**<br><br>Date: March 11, 2008<br>Time: 9:00 a.m.<br>Place: Courtroom E<br>Judge: Hon. Elizabeth D. LaPorte |

HAVING CONSIDERED THE FOREGOING, defendant PACIFIC ASIAN ENTERPRISE'S Motion to Dismiss for Failure to State a Claim, the Court finds same is well-taken. The Court holds, accepting the facts of the complaint as true, that Plaintiff MARKEL AMERICAN INSURANCE COMPANY can prove no set of facts upon which relief may be granted. It is therefore ORDERED that defendant PACIFIC ASIAN ENTERPRISES' Motion to Dismiss is hereby GRANTED.

Dated: _____          _____
                                Hon. Elizabeth D. LaPorte