1   Thomas C. Burch, Esq. (STATE BAR NO. 99163)
    Email: tcburch@to2law.com
2   Norman L. Chong, Esq.  (STATE BAR NO. 111439)
    Email: nchong@to2law.com
3   TARKINGTON, O'NEILL, BARRACK & CHONG
    A Professional Corporation
4   601 Van Ness Avenue, Suite 2018
    San Francisco, CA   94102
5   Telephone:   (415) 777-5501
    Facsimile:   (415) 546-4962
6
    Attorneys for Plaintiff
7   MARKEL AMERICA INSURANCE COMPANY

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11  MARKEL AMERICAN INSURANCE COMPANY,        Case No.       C 07-05749 EDL

12              Plaintiff,                    **DECLINATION TO PROCEED
                                              BEFORE A MAGISTRATE JUDGE AND
13  vs.                                       REQUEST FOR REASSIGNMENT TO A
                                              UNITED STATES DISTRICT JUDGE**
14  PACIFIC ASIAN ENTERPRISES, INC.; a California
    corporation; LEVITON MANUFACTURING CO.,
15  INC., a Delaware corporation; HUBBELL
    INCORPORATED, a Connecticut corporation; and,
16  DOES 1 - 100, inclusive,

17              Defendants
                                            /
18

19         REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

20         The undersigned party in the above-captioned civil matter hereby declines to consent to

21  the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby

22  requests the reassignment of this case to a United States District Judge.

23  DATED:   February 5, 2008

24                                   TARKINGTON, O'NEILL, BARRACK & CHONG
                                     A Professional Corporation
25

26                                   By___/S/_____
                                            Thomas C. Burch
27                                          Attorneys for Plaintiff
                                            Markel American Insurance Company
28

Law Offices
**TARKINGTON,
O'NEILL, BARRACK
& CHONG**
A Professional Corporation
100 STONY POINT ROAD,
SUITE 270
SANTA ROSA, CA 95401
Telephone: (707)576-1380
Facsimile: (707)544-3144

{2148}Declination to Proceed 2-5-08.wpd            - 1 -                    Civil Case No C07-05749 EDL

            DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE