IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARKET AMERICAN INS. CO.
        Plaintiff(s),

v.                                           No. C-07-5749-SC

PACIFIC ASIAN ENTERPRISES, et al.

        Defendant(s).                     Clerk's Notice

(Plaintiff is required to serve and file a proof of service with the Court on any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT the Court has scheduled **Defendant Pacific Asian's Motion to Dismiss, Defendant Hubbell Inc.'s Motion to Dismiss and a Case Management Conference** on **March 7, 2008 at 10:00 A.M.** before the Honorable Samuel Conti. The parties are to file one joint Case Management Statement seven days prior to the Conference.

Please report to Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated:    February 15, 2008                               FOR THE COURT,

                                                            Richard W. Wieking, Clerk

                                                             By: T. De Martini
                                                                 Courtroom Deputy Clerk

**United States District Court**
For the Northern District of California