Thomas C. Burch, Esq. (STATE BAR NO. 99163)
Email: tcburch@to2law.com
Norman L. Chong, Esq. (STATE BAR NO. 111439)
Email: nchong@to2law.com
TARKINGTON, O'NEILL, BARRACK & CHONG
A Professional Corporation
601 Van Ness Avenue, Suite 2018
San Francisco, CA 94102
Telephone:    (415) 777-5501
Facsimile:    (415) 546-4962

Attorneys for Plaintiff
MARKEL AMERICA INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKEL AMERICAN INSURANCE COMPANY, | Case No. C-07-05749 SC |
| Plaintiff, | [PROPOSED] ORDER DENYING DEFENDANT HUBBELL INCORPORATED'S MOTION TO DISMISS, OR, IN THE ALTERNATIVE FOR MORE DEFINITE STATEMENT AND DEFENDANT PACIFIC ASIAN ENTERPRISES MOTION TO DISMISS |
| vs. | |
| PACIFIC ASIAN ENTERPRISES, INC.; a California corporation; LEVITON MANUFACTURING CO., INC., a Delaware corporation; HUBBELL INCORPORATED, a Connecticut corporation; and, DOES 1 - 100, inclusive, | |
| | F.R.C.P., Rule 12(b) and 12(e) |
| Defendants / | Hearing Date:    March 7, 2008<br>Time:    10:00 a.m.<br>Courtroom:    1 |
| | The Honorable Samuel Conti, presiding |

On March 7, 2008, the *Motion of Defendant Hubbell to Dismiss, Or, in the Alternative, for a More Definite Statement* and the *Motion to Dismiss of Defendant Pacific Asian Enterprises, Inc.* came on regularly for hearing before the Honorable Samuel Conti. Plaintiff appeared by _____ _____, Tarkington, O'Neill, Barrack & Chong APC; defendant Pacific Asian Enterprises, Inc. appeared by Joshua A. Southwick, Gibson Robb & Lindh LLP; and, defendant Hubbell Incorporated appeared by Yasmin Best, Latham & Watkins LLP.

Upon review of the pleadings and after opportunity for oral argument, and upon good cause appearing,

**IT IS ORDERED THAT**:

1. The *Motion of Defendant Hubbell to Dismiss, Or, in the Alternative, for a More Definite Statement* is denied;

2. The *Motion to Dismiss of Defendant Pacific Asian Enterprises, Inc.* is denied; and,

3. Defendants Hubbell, Incorporated and Pacific Asian Enterprises, Inc. shall further respond to the complaint within 10 days of notice of this order.

DATED: _____

THE HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

Law Offices
**TARKINGTON, O'NEILL, BARRACK & CHONG**
A Professional Corporation
601 VAN NESS AVENUE, SUITE 2018
SAN FRANCISCO, CA 94102
Telephone: (415)777-5501
Facsimile: (415)546-4962

{2148}Motion to Dismsis.Pl Order.wpd     - 2 -     Civil Case No. C-07-05749 SC

[PROPOSED] ORDER DENYING MOTIONS OF DEFENDANTS HUBBELL AND OF PACIFIC ASIAN TO DISMISS