# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Markel American Insurance Company,<br><br>             Plaintiff(s),<br><br>    v.<br><br>Pacific Asian Enterprises, Inc.,<br><br>             Defendant(s). | 07-05749 SC<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur <u>before</u> the Case Management Conference.

Dated: February 20, 2008

RICHARD W. WIEKING
Clerk
by:     Timothy J. Smagacz

*Timothy Smagacz*
_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
07-05749 SC                                    -2-

PROOF OF SERVICE

Case Name:      Markel American Insurance Company v. Pacific Asian Enterprises, Inc.

Case Number:    07-05749 SC

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On February 20, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Norman L. Chong
> Tarkington O'Neill Barrack & Chong
> 601 Van Ness Avenue, Suite 2018
> A Professional Corporation
> San Francisco, CA 94102
> nchong@to2law.com
>
> Thomas Chambers Burch
> Tarkington O'Neil Barrack & Chong
> 601 Van Ness Ave
> Ste 2018
> Opera Plaza
> San Francisco, CA 94102
> tcburch@to2law.com
>
> Joshua A. Southwick
> Gibson Robb & Lindh
> 100 First St. 27th Floor
> San Francisco, CA 94105
> jsouthwick@gibsonrobb.com

Leviton Manufacturing Co., Inc.
,

Ernest John Hahn
Latham & Watkins LLP
633 W. Fifth Street
Suite 4000
Los Angeles, CA 90071
ernie.hahn@lw.com

Yasmin Noelle Best
633 West Fifth Street
Suite 4000
Los Angeles, CA 90071
yasmin.best@lw.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on February 20, 2008 in San Francisco, California.

> RICHARD W. WIEKING
> Clerk
> by:   Timothy J. Smagacz
>
> _____
> ADR Administrative Assistant
> 415-522-4205
> Tim_Smagacz@cand.uscourts.gov