G. GEOFFREY ROBB (131515)
JOSHUA A. SOUTHWICK (246296)
GIBSON ROBB & LINDH LLP
100 First Street, 27th Floor
San Francisco, California 94105
Telephone: (415) 348-6000
Facsimile:  (415) 348-6001


Attorneys for Defendant
PACIFIC ASIAN ENTERPRISES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKEL AMERICAN INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC ASIAN ENTERPRISES, INC., a California corporation; LEVITON MANUFATURING CO., INC., a Delaware corporation; HUBBELL INCORPORATED, a Connecticut corporation; and DOES 1 - 100, inclusive<br><br>Defendants. | Case No. 07-CV-5749 SC<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARINGS RE MOTIONS TO DISMISS AND TO CONTINUE CASE MANAGEMENT CONFERENCE TO MARCH 21st AT 10:00 AM<br><br>Date:  March 7, 2008<br>Time:  10:00 a.m.<br>Place: Courtroom 1<br>Judge: Hon. Samuel Conti |

The parties hereby stipulate and join in requesting that the Court postpone the hearing date for defendant PACIFIC ASIAN ENTERPRISES, INC's Motion to Dismiss and for defendant HUBBELL INCORPORATED's Motion to Dismiss or in the Alternative for a More Definite Statement, both now set for March 7, 2008, at 10:00 a.m. A case management conference is also set concurrently with the motion hearings.

The current date was set *sua sponte* by the Court following plaintiff's election to proceed

1  before a district court judge and the subsequent reassignment of this matter to Judge Conti. The
2  dates set by the Court for the motions and case management conference falls on a date when
3  counsel for defendant PACIFIC ASIAN ENTERPRISES, INC. will be out of state. Counsel for
4  all parties have conferred and hereby request the motion hearings and case management
5  conference be rescheduled to March 21, 2008, at 10:00 a.m in Courtroom 1. As briefing is
6  complete for both motions, no change to the briefing schedule is necessary.

IT IS SO STIPULATED.

Dated: February ~~22~~ 2008                GIBSON ROBB & LINDH LLP

By: _____
Joshua A. Southwick, Esq.
Attorneys for Defendant
PACIFIC ASIAN ENTERPRISES, INC.

Dated: February __, 2008                TARKINGTON, O'NEILL, BARRACK & CHONG

By: _____
Norman Chong, Esq.
Attorneys for Plaintiff
MARKEL AMERICAN INSURANCE COMPANY

Dated: February __, 2008                LATHAM & WATKINS

By: *Ernest Hahn by ymB 235959*
Ernest J. Hahn, Esq.
Attorneys for Defendant
HUBBELL INCORPORATED

IT IS SO ORDERED.

Dated: _____        _____
                                                        SAMUEL CONTI
                                                        U.S. District Court Judge

STIPULATION AND ORDER TO CONTINUE HEARING OF MOTION TO
DISMISS AND TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. 07-CV-5749 SC; Our File No. 6500.79

2