G. GEOFFREY ROBB (131515)
JOSHUA A. SOUTHWICK (246296)
GIBSON ROBB & LINDH LLP
100 First Street, 27th Floor
San Francisco, California 94105
Telephone: (415) 348-6000
Facsimile: (415) 348-6001

Attorneys for Defendant
PACIFIC ASIAN ENTERPRISES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKEL AMERICAN INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> PACIFIC ASIAN ENTERPRISES, INC., a California corporation; LEVITON MANUFATURING CO., INC., a Delaware corporation; HUBBELL INCORPORATED, a Connecticut corporation; and DOES 1 - 100, inclusive <br><br> Defendants. | Case No. 07-CV-5749 SC <br><br> STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARINGS RE MOTIONS TO DISMISS AND TO CONTINUE CASE MANAGEMENT CONFERENCE TO MARCH 21st AT 10:00 AM <br><br> Date:  March 7, 2008 <br> Time:  10:00 a.m. <br> Place: Courtroom 1 <br> Judge: Hon. Samuel Conti |

The parties hereby stipulate and join in requesting that the Court postpone the hearing date for defendant PACIFIC ASIAN ENTERPRISES, INC's Motion to Dismiss and for defendant HUBBELL INCORPORATED's Motion to Dismiss or in the Alternative for a More Definite Statement, both now set for March 7, 2008, at 10:00 a.m. A case management conference is also set concurrently with the motion hearings.

The current date was set *sua sponte* by the Court following plaintiff's election to proceed

STIPULATION AND ORDER TO CONTINUE HEARING RE MOTION TO
DISMISS AND TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. 07-CV-5749 SC; Our File No. 6300.79

1  before a district court judge and the subsequent reassignment of this matter to Judge Conti. The
2  dates set by the Court for the motions and case management conference falls on a date when
3  counsel for defendant PACIFIC ASIAN ENTERPRISES, INC. will be out of state. Counsel for
4  all parties have conferred and hereby request the motion hearings and case management
5  conference be rescheduled to March 21, 2008, at 10:00 a.m in Courtroom 1. As briefing is
6  complete for both motions, no change to the briefing schedule is necessary.

**IT IS SO STIPULATED.**

Dated: February 22, 2008              GIBSON ROBB & LINDH LLP

                                      By: _____
                                          Joshua A. Southwick, Esq.
                                          Attorneys for Defendant
                                          PACIFIC ASIAN ENTERPRISES, INC.

Dated: February 22, 2008              TARKINGTON, O'NEILL, BARRACK &
                                      CHONG

                                      By: _____
                                          Norman Chong, Esq.
                                          Attorneys for Plaintiff
                                          MARKEL AMERICAN INSURANCE
                                          COMPANY

Dated: February __, 2008              LATHAM & WATKINS

                                      By: Ernest Hahn by ymB
                                          Ernest J. Hahn, Esq.
                                          Attorneys for Defendant
                                          HUBBELL INCORPORATED

**IT IS SO ORDERED.**

Dated: 2/25/08                        _____
                                      Judge Samuel Conti

STIPULATION AND ORDER TO CONTINUE HEARING RE MOTION TO
DISMISS AND TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. 07-CV-5749 SC; Our File No. 6500.79

2