1  Thomas C. Burch, Esq. (STATE BAR NO. 99163)
   Email: tcburch@to2law.com
2  Norman L. Chong, Esq. (STATE BAR NO. 111439)
   Email: nchong@to2law.com
3  TARKINGTON, O'NEILL, BARRACK & CHONG
   A Professional Corporation
4  601 Van Ness Avenue, Suite 2018
   San Francisco, CA   94102
5  Telephone:    (415) 777-5501
   Facsimile:     (415) 546-4962
6
   Attorneys for Plaintiff
7  MARKEL AMERICAN INSURANCE COMPANY

8                UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  MARKEL AMERICAN INSURANCE COMPANY,          Case No. CV07-05749 SC

12              Plaintiff,                       **CERTIFICATION OF INTERESTED
                                                 ENTITIES OR PERSONS**
13  vs.
                                                 Civil L.R. 3-16
14  PACIFIC ASIAN ENTERPRISES, INC.; et al.,

15              Defendants

16

17        Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,

18  associations of persons, firms, partnerships, corporations (including parent corporations) or other entities

19  (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii)

20  have a non-financial interest in that subject matter or in a party that could be substantially affected by

21  the outcome of this proceeding:

22        Markel Corporation, a publicly traded, Virginia corporation, is the parent holding

23        company of and has a financial interest in Markel American Insurance Company.

24  DATED:  March 12, 2008

                              TARKINGTON, O'NEILL, BARRACK & CHONG
25                            A Professional Corporation

26

27                            By
                                   Norman L. Chong
28                                 Attorneys for Plaintiff
                                   Markel American Insurance Company

Law Offices
TARKINGTON,
O'NEILL, BARRACK
& CHONG
A Professional Corporation
601 VAN NESS AVENUE,
SUITE 2018
SAN FRANCISCO, CA 94102
Telephone: (415)777-5501
Facsimile: (415)546-4962

{2148} Certification of Interested Entities.03-12-08.wpd        - 1 -                    Civil Case No.  C-07-05749 SC

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS