1  G. GEOFFREY ROBB (131515)
   JOSHUA A. SOUTHWICK (246296)
2  GIBSON ROBB & LINDH LLP
   100 First Street, 27th Floor
3  San Francisco, California  94105
   Telephone:  (415) 348-6000
4  Facsimile:   (415) 348-6001

5
   Attorneys for Defendant
6  PACIFIC ASIAN ENTERPRISES, INC.

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11 | MARKEL AMERICAN INSURANCE      ) | Case No. 07-CV-5749 SC
   | COMPANY,                       ) |
12 |                                ) | **ADR CERTIFICATION BY PARTIES**
   |                    Plaintiffs, ) | **AND COUNSEL**
13 |                                ) |
   |         v.                     ) |
14 |                                ) |
   | PACIFIC ASIAN ENTERPRISES, INC., a ) |
15 | California corporation; LEVITON ) |
   | MANUFATURING CO., INC., a Delaware ) |
16 | corporation; HUBBELL INCORPORATED,) |
   | a Connecticut corporation; and DOES 1 - ) |
17 | 100, inclusive                 ) |
   |                                ) |
18 |                    Defendants. ) |
   |_____) |

19

20      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies

21 that he or she has:

22      **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District*

23 *of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed*

24 *copies are available from the clerk's office for parties in cases not subject to the court's*

25 *Electronic Case Filing Program (ECF) under General Order 45);*

26      **(2)** Discussed the available dispute resolution options provided by the Court and private

27 entities; and

28 / / /

1  (3) Considered whether this case might benefit from any of the available dispute
2  resolution options.
3
4  Dated: MARCH 7, 2008
                                                    _____
5                                                   PACIFIC ASIAN ENTERPRISES, INC.
6
7                                                   GIBSON ROBB & LINDH LLP
8
9  Dated: March 13, 2008                            By: _____
10                                                       Joshua A. Southwick, Esq.
                                                         Attorneys for Defendant
11                                                       PACIFIC ASIAN ENTERPRISES, INC.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28