G. GEOFFREY ROBB (131515)
JOSHUA A. SOUTHWICK (246296)
GIBSON ROBB & LINDH LLP
100 First Street, 27th Floor
San Francisco, California 94105
Telephone: (415) 348-6000
Facsimile: (415) 348-6001

Attorneys for Defendant
PACIFIC ASIAN ENTERPRISES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKEL AMERICAN INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC ASIAN ENTERPRISES, INC., a California corporation; LEVITON MANUFATURING CO., INC., a Delaware corporation; HUBBELL INCORPORATED, a Connecticut corporation; and DOES 1 - 100, inclusive<br><br>Defendants. | Case No. 07-CV-5749<br><br>**CERTIFICATION OF INTERESTED PARTIES**<br><br>Date: March 7, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br>Judge: Hon. Samuel Conti<br><br>Complaint Filed: 11/13/07 |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a further interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in the subject matter or in a party that could be substantially affected by the outcome of this proceeding: None, other than the parties named in the Caption, and the entities disclosed by other parties.

Dated: March 13, 2008

GIBSON ROBB & LINDH LLP

Joshua A. Southwick, Esq.
Attorney for Defendant
PACIFIC ASIAN ENTERPRISES, INC.