UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MARKEL AMERICAN INSURANCE COMPANY,

    Plaintiff,

vs.

PACIFIC ASIAN ENTERPRISES, INC.; et al.,

    Defendants

CASE NO. CV07-05749 SC

**ADR CERTIFICATION BY PARTIES AND COUNSEL**

Pursuant to Civil L. R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov (*Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45*);

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: _____

Dated: 3/14/08

[Party}

_____
Attorney for Plaintiff
Markel American Insurance Co.