IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARKET AMERICAN INS. CO.,
       Plaintiff(s),

v.

PACIFIC ASIAN ENTERPRISES, et al.,
       Defendant(s).

No. C-07-5749-SC

Clerk's Notice

(Plaintiff is required to serve and file a proof of service with the Court on any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT the **Case Management Conference** s**et for March 21, 2008 at 10:00 A.M. before the Honorable Samuel Conti is OFF CALENDAR**.

Dated:    March 21, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: T. De Martini
     Courtroom Deputy Clerk