1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LATHAM & WATKINS LLP
   Ernest J. Hahn (Bar No. 237014)
     ernie.hahn@lw.com
   Yasmin N. Best (Bar No. 235959)
     yasmin.best@lw.com
355 South Grand Avenue, Suite 100
Los Angeles, California  90071-1560
Telephone:  (213) 485-1234
Facsimile:   (213) 891-8763

Attorneys for Defendant
Hubbell Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKEL AMERICAN INSURANCE COMPANY,<br><br>          Plaintiff,<br><br>     v.<br><br>PACIFIC ASIAN ENTERPRISES, INC., a California corporation; LEVITON MANUFACTURING CO., INC., a Delaware corporation; HUBBELL INCORPORATED, a Connecticut corporation; and DOES 1-100, inclusive,<br><br>         Defendants. | CASE NO. CV07-05749 SC<br><br>**NOTICE OF CHANGE OF ADDRESS FOR LATHAM & WATKINS LLP**<br><br>[No Hearing Requested] |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LA\1870842.1

NOTICE OF CHANGE OF ADDRESS
FOR LATHAM & WATKINS LLP

1    **TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2

3           **PLEASE TAKE NOTICE** that Latham & Watkins LLP, counsel of

4    record in this case, hereby files its **NOTICE OF CHANGE OF ADDRESS**,

5    effectively immediately.  The correct address is:

6

7           Latham & Watkins LLP
            355 South Grand Avenue, Suite 100

8           Los Angeles, California  90071-1560

9

10          **PLEASE TAKE FURTHER NOTICE THAT** email addresses,

11   telephone and fax numbers have not changed.

12

13   Dated:  June 20, 2008          Respectfully submitted,

14                    LATHAM & WATKINS LLP

15

16

17                 By  /s/ Yasmin N. Best
                      Yasmin N. Best

18                    Attorneys for Defendant

19                    Hubbell Incorporated

20

21

22

23

24

25

26

27

28

LA\1870842.1

2