IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARKEL AMERICAN INS. CO.,
    Plaintiff(s),

v.                                                         No.  C-07-5749-SC

PACIFIC ASIAN ENTERPRISES, et al.,
    Defendant(s).
                                    /                Clerk's Notice

YOU ARE NOTIFIED THAT the Court has scheduled a **Case Management Conference** on **December 12, 2008 at 10:00 A.M.** before the Honorable Samuel Conti.  The parties are to file one joint Case Management Statement  seven days prior to the Conference.

Please report to Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated:  August 28, 2008                                    FOR THE COURT,

                                                               Richard W. Wieking, Clerk

                                                               By:  T. De Martini
                                                                   Courtroom Deputy Clerk