1  Thomas C. Burch, Esq. (STATE BAR NO. 99163)
   Email: tcburch@to2law.com
2  Norman L. Chong, Esq. (STATE BAR NO. 111439)
   Email: nchong@to2law.com
3  TARKINGTON, O'NEILL, BARRACK & CHONG
   A Professional Corporation
4  601 Van Ness Avenue, Suite 2018
   San Francisco, CA  94102
5  Telephone:    (415) 777-5501
   Facsimile:    (415) 546-4962
6
   Attorneys for Plaintiff
7  MARKEL AMERICA INSURANCE COMPANY

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 MARKEL AMERICAN INSURANCE COMPANY,    Case No. C-07-5749-SC

12         Plaintiff,                    NOTICE OF CASE MANAGEMENT
                                         CONFERENCE
13 vs.
                                         Date:  December 12, 2008
14 PACIFIC ASIAN ENTERPRISES, INC.; a California   Time: 10:00 A.M.
   corporation; LEVITON MANUFACTURING CO.,         Courtroom: 1
15 INC., a Delaware corporation; HUBBELL
   INCORPORATED, a Connecticut corporation; and,   The Honorable Samuel Conti
16 DOES 1 - 100, inclusive,

17         Defendants
                                              /
18

19
   TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:
20
       PLEASE TAKE NOTICE that the Court has scheduled a Case Management Conference on
21
   December 12, 2008 at 10:00 A.M. before the Honorable Samuel Conti. The parties are to file one joint
22
   Case Management Statement seven days prior to the conference. Attached hereto as Exhibit A is a copy
23
   of Clerk's Notice regarding the Case Management Conference.
24
   /////
25
   /////
26
   /////
27
   /////
28

Law Offices
TARKINGTON,
O'NEILL, BARRACK
& CHONG
A Professional Corporation
601 VAN NESS AVENUE,
SUITE 2018
SAN FRANCISCO, CA 94102
Telephone: (415)777-5501
Facsimile: (415)546-4962

- 1 -

Civil Case No. C-07-5749-SC
NOTICE OF CASE MANAGEMENT CONFERENCE

1 | Dated: September 3, 2008

TARKINGTON, O'NEILL, BARRACK & CHONG
A Professional Corporation

by _____/s/ Thomas C. Burch_____
    Thomas C. Burch
    Attorneys for Plaintiff
    Markel American Insurance Company

Law Offices
TARKINGTON,
O'NEILL, BARRACK
& CHONG
A Professional Corporation
601 VAN NESS AVENUE,
SUITE 2018
SAN FRANCISCO, CA 94102
Telephone: (415)777-5501
Facsimile: (415)546-4962

- 2 -

Civil Case No. C-07-5749-SC
NOTICE OF CASE MANAGEMENT CONFERENCE

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARKEL AMERICAN INS. CO.,
    Plaintiff(s),

v.

PACIFIC ASIAN ENTERPRISES, et al.,
    Defendant(s).
_____/

No. C-07-5749-SC

Clerk's Notice

YOU ARE NOTIFIED THAT the Court has scheduled a **Case Management Conference** on **December 12, 2008 at 10:00 A.M.** before the Honorable Samuel Conti. The parties are to file one joint Case Management Statement seven days prior to the Conference.

Please report to Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: August 28, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: T. De Martini
    Courtroom Deputy Clerk