1  LATHAM & WATKINS LLP
   Ernest J. Hahn (Bar No. 237014)
2  ernie.hahn@lw.com
   Yasmin N. Best (Bar No. 235959)
3  yasmin.best@lw.com
   355 South Grand Avenue
4  Los Angeles, California 90071-1560
   Telephone: +1.213.485.1234
5  Facsimile: +1.213.891.8763

6  Attorneys for Defendant
   HUBBELL INCORPORATED
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 | MARKEL AMERICAN INSURANCE         | CASE NO. CV 07-05749 SC
   | COMPANY,
12 |                                   | STIPULATION EXTENDING TIME TO
   |         Plaintiff,                | RESPOND TO FIRST AMENDED
13 |                                   | COMPLAINT
   |    v.
14 |                                   | [Local Rule 6-1]
   | PACIFIC ASIAN ENTERPRISES, INC.,
15 | a California corporation; LEVITON
   | MANUFACTURING CO., INC., a
16 | Delaware corporation; HUBBELL
   | INCORPORATED, a Connecticut
17 | corporation; and DOES 1-100, inclusive,
18 |         Defendants.

19
20
21
22
23
24
25
26
27
28

LATHAM&WATKINS LLP  LA\1899459.2                    STIPULATION EXTENDING TIME
ATTORNEYS AT LAW                          TO RESPOND TO FIRST AMENDED COMPLAINT
LOS ANGELES

## STIPULATION

Plaintiff Markel American Insurance Company and defendant Hubbell Incorporated, by and through their undersigned counsel, hereby agree and stipulate pursuant to Local Rule 6-1 to extend the time within which to answer or otherwise respond to the First Amended Complaint in this matter to October 3, 2008.

Dated: September 16, 2008

Respectfully submitted,

TARKINGTON, O'NEILL, BARRACK & CHONG
   Thomas C. Burch
   Norman L. Chong

By: /s/ Norman L. Chong
Norman L. Chong
Attorneys for Plaintiff
MARKEL AMERICAN INSURANCE COMPANY

Dated: September 16, 2008

LATHAM & WATKINS LLP
   Ernest J. Hahn
   Yasmin N. Best

By: /s/ Yasmin Best
Yasmin N. Best
Attorneys for Defendant
HUBBELL INCORPORATED

IT IS SO ORDERED
Judge Samuel Conti

LATHAM&WATKINS
ATTORNEYS AT LAW
LOS ANGELES
LA\1899459.2

2

STIPULATION EXTENDING TIME
TO RESPOND TO FIRST AMENDED COMPLAINT