1 G. GEOFFREY ROBB (131515)
JOSHUA A. SOUTHWICK (246296)
2 GIBSON ROBB & LINDH LLP
100 First Street, 27th Floor
3 San Francisco, California 94105
Telephone: (415) 348-6000
4 Facsimile: (415) 348-6001

5 Attorneys for Defendant
PACIFIC ASIAN ENTERPRISES, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKEL AMERICAN INSURANCE COMPANY,<br><br>    Plaintiffs,<br><br>    v.<br><br>PACIFIC ASIAN ENTERPRISES, INC., a California corporation; LEVITON MANUFATURING CO., INC., a Delaware corporation; HUBBELL INCORPORATED, a Connecticut corporation; and DOES 1 - 100, inclusive<br><br>    Defendants. | Case No. 07-CV-5749 SC<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANT PACIFIC ASIAN ENTERPRISES TO RESPOND TO FIRST AMENDED COMPLAINT** |

Plaintiff MARKEL AMERICAN INSURANCE COMPANY ("MARKEL") and defendant PACIFIC ASIAN ENTERPRISES, INC., ("PAE") are actively pursuing a settlement of all pending claims between them related to this suit, and believe that an extension of the time in which defendant PAE. may answer or otherwise respond to plaintiff's First Amended Complaint would further settlement discussions.  Through their respective counsel of record, MARKEL and PAE hereby stipulate pursuant to Local Rule 6-1 to extend the time within which PAE may answer or otherwise respond to the First Amended Complaint in this matter to October 17, 2008.

/ / /

---

1  **IT IS SO STIPULATED.**

2  Dated: September 30, 2008                GIBSON ROBB & LINDH LLP

3

4                                                              By:   /S/JOSHUA A. SOUTHWICK
                                                                      Joshua A. Southwick, Esq.
                                                                      Attorneys for Defendant
5                                                                     PACIFIC ASIAN ENTERPRISES, INC.

6  Dated: September 30, 2008                TARKINGTON, O'NEILL, BARRACK &
7                                           CHONG

8
                                            By:   /S/TOM BURCH
9                                                  Tom Burch, Esq.
                                                   Attorneys for Plaintiff
10                                                 MARKEL AMERICAN INSURANCE
                                                   COMPANY
11

12     Joshua A. Southwick attests that concurrence in the filing of this document has been
    obtained from each of the other signatories identified herein.
13

14  **IT IS SO ORDERED.**

15  Dated:   10/1/08

16                                          Hon. [Samuel Conti]
                                            U.S. District Judge
17

*(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Samuel Conti)*

---

STIPULATION EXTENDING TIME FOR DEFENDANT PACIFIC ASIAN ENTERPRISES TO RESPOND TO FIRST AMENDED COMPLAINT
Case No. 07-CV-5749 SC; Our File No. 6500.79                                                                                    2