04/28/2009 14:06 FAX   310 381 8690         LEGAL DEPARTMENT                    ☒002/003

THOMAS C. BURCH (SBN 099163)
Email: tcburch@to2law.com
Norman L. Chong, Esq. (SBN 111439)
Email: nchong@to2law.com
TARKINGTON, O'NEILL, BARRACK & CHONG
A Professional Corporation
601 Van Ness Avenue, Suite 2018
San Francisco, California 94102
Telephone: (415) 777-5501
Facsimile: (415) 546-4962

Attorneys for Plaintiff
MARKEL AMERICAN INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKEL AMERICAN INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC ASIAN ENTERPRISES, INC.; a California corporation; LEVITON MANUFACTURING CO., a Delaware corporation; HUBBELL INCORPORATED, a Connecticut corporation; and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: C-07-05749 SC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE, AND ORDER THEREON** |

Plaintiff Markel American Insurance Company and Defendant Hubbell Incorporated, by and through their attorneys of record, pursuant to FRCP Rule 41(a)(2), hereby stipulate that, and request the court to order that, this action be dismissed, with prejudice, as against defendant Hubbell Incorporated, with each party to bear its own costs, expenses, and attorneys' fees. This dismissal with prejudice was precipitated by a joint expert inspection and investigation, including destructive inspection and investigation, of the electrical components removed from

1
STIPULATION FOR DISMISSAL WITH PREJUDICE, AND ORDER THEREON

the subject vessel, from which it appears that the subject fire was not caused by a defective GFCI duplex receptacle manufactured by Hubbell Incorporated.

DATED: May 1, 2009   TARKINGTON, O'NEILL, BARRACK & CHONG
A Professional Corporation

By: _Thomas C. Burch_
Thomas C. Burch
Attorneys for Plaintiff
MARKEL AMERICAN INSURANCE COMPANY

DATED: April 28, 2009   LATHAM & WATKINS LLP

By: _Ernest Hahn_
Ernest Hahn
Attorneys for Defendant
HUBBELL INCORPORATED

ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to stipulation of the parties, and good cause appearing therefore, the Court hereby orders that this action is dismissed, with prejudice, as against defendant Hubbell Incorporated, with each party to bear its own costs, expenses and attorneys' fees.

DATED: 5/1/09

The Honorable Samuel Conti
United States District Court

IT IS SO ORDERED
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA